FILED: October 31, 2019

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

  Defendant - Appellant

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:08-cr-00326-MHL-RCY-1<br>3:16-cv-00508-MHL |
| Date notice of appeal filed in originating court: | 10/25/2019 |
| Appellant(s) | Justin Eugene Taylor |
| Appellate Case Number | 19-7616 |
| Case Manager | Jeffrey S. Neal<br>804-916-2729 |