# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 31, 2019

_____

## NOTICE TO DISTRICT COURT COUNSEL
## (INFORMAL PRELIMINARY BRIEFING SCHEDULE)

_____

No.   19-7616,          US v. Justin Taylor
                        3:08-cr-00326-MHL-RCY-1, 3:16-cv-00508-MHL

This case has been set on an informal preliminary briefing schedule because no certificate of appealability has been granted.

We note that you represented appellant in the district court. If you intend to represent appellant on appeal without appointment by this court, you should file an **appearance of counsel form** together with the informal opening brief. You may use the informal opening brief form provided by the court or file the informal opening brief in other format. Paper copies are not required unless requested by the court.

If you wish to seek appointment on appeal, you may file a motion to appoint counsel setting forth the reasons why representation is required on appeal. The motion to appoint must be accompanied by either the informal opening brief or a motion for certificate of appealability.

Jeffrey S. Neal, Deputy Clerk
804-916-2729