IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,      )
      *Plaintiff/Appellee*,      )
      )
v.      )      Case No. 19-7616
      )
JUSTIN EUGENE TAYLOR,      )
      *Defendant/Appellant.*      )

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE INFORMAL PRELIMINARY BRIEF

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file appellant's informal preliminary brief. In support thereof, counsel states as follows:

1. Appellant's informal preliminary brief is currently scheduled to be filed on November 25, 2019. *See* Doc. 2-1 (briefing order filed October 31, 2019).

2. Assistant Federal Public Defender Frances H. Pratt will be handling Mr. Taylor's appeal. Because Ms. Pratt did not represent Mr. Taylor in the district court, she must become familiar with the record in his case and evaluate it carefully to ensure that nothing pertinent to the appeal is overlooked.

3. Ms. Pratt is responsible for approximately 50 appeals arising from *Johnson* § 2255 cases, of which this case is one of four added in the past few weeks. While Ms. Pratt has resolved by motion many of the *Johnson* § 2255 appeals

involving 18 U.S.C. § 924(c) (and hopes to resolve additional cases by motion), she has due on November 26 between five and ten briefs, for all of which she has received multiple extensions. As well, before then, Ms. Pratt has due on November 18 the opening formal brief in *United States v. Rumph*, No. 17-7080, a mandatory Guidelines case, which the Court has tentatively selected for oral argument in the January 2020 session. She also has due on December 9 the informal preliminary brief in *United States v. Dorsey*, No. 17-7581.

In her non-*Johnson* work, on November 4, Ms. Pratt assisted colleagues with their reply briefs in *United States v. Stinson*, No. 19-4547, and *United States v. Gonzalez-Ferretiz*, No. 19-4409. She filed the reply brief in *United States v. Bartow*, No. 19-4496, on November 7, after which she was out of the office in order to travel to Boston to assist her parents over the Veteran's Day weekend as her elderly mother recovers from surgery after falling and breaking one of her thigh bones. Finally, Ms. Pratt is also heavily involved in her office's First Step Act litigation, both before this Court and in the district court.

4. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed Assistant U.S. Attorney Olivia Emerson (Olivia L. Norman) of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel requests an extension of three weeks, from November 25 to December 16, 2019, in which to file appellant's informal preliminary brief.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

    s/   Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated November 14, 2019

<u>CERTIFICATE OF COMPLIANCE</u>

1. This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2. The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 417 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions. If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

<u>November 14, 2019</u>        <u>s/  Frances H. Pratt</u>
Date                       Frances H. Pratt
                          Assistant Federal Public Defender

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Olivia Emerson, Ass't U.S. Attorney
Office of the U.S. Attorney for the
 Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
Olivia.Emerson@usdoj.gov

<u>s/  Frances H. Pratt</u>
Frances H. Pratt
Assistant Federal Public Defender