IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,    )
    *Plaintiff/Appellee*,    )
    )
v.    )    Case No. 19-7616
    )
JUSTIN EUGENE TAYLOR,    )
    *Defendant/Appellant.*    )

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE INFORMAL PRELIMINARY BRIEF

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a second extension of time in which to file appellant's informal preliminary brief. In support thereof, counsel states as follows:

1.    Appellant's informal preliminary brief is currently scheduled to be filed on December 16, 2019, following the grant of counsel's previous request for an extension. *See* Doc. 7 (order filed Nov. 14, 2019).

2.    Ms. Pratt is responsible for approximately 50 appeals arising from *Johnson* § 2255 cases, of which this case is one of four recently added. While Ms. Pratt had previously resolved by motion many of the *Johnson* § 2255 appeals involving 18 U.S.C. § 924(c), on November 25, she filed motions to remand four more cases. And on November 26, she filed briefs in five cases, for all of which she

had received multiple extensions.  She then was out of the office for the Thanks-giving holiday, returning on December 2.

In addition to the *Johnson* § 924(c) cases, Ms. Pratt also has two active *Johnson* § 2255 cases involving mandatory Sentencing Guidelines challenges.  In one, she filed a petition for writ of certiorari on November 1, and must file the cert. reply by December 17.  *United States v. Autrey*, No. 17-7081, U.S. 19- 6492.  In the other, she filed the formal opening brief on November 18, and will have the reply brief due in late January or early February, with oral argument tentatively in March. *United States v. Rumph*, No. 17-7080.

3.      As well, Ms. Pratt is involved in both her office's district court First Step Act litigation, and her office's First Step Act appeals.  In recent weeks, Ms. Pratt filed a reply in *United States v. Paul*, E.D. Va. No. 1:98-cr-192, on November 27, and the initial motion in *United States v. Haneiph*, E.D. Va. 1:96-cr-227, on December 6.  With respect to First Step Act cases in this Court, Ms. Pratt worked with Geremy Kamens, the Federal Public Defender, on briefing in *United States v. McKenzie*, No. 19-7123 (opening brief and appendix filed November 25, reply brief presently due December 26).  In December and January, Ms. Pratt has due the opening briefs and appendices in four more First Step Act appeals:  *United States v. Brown*, No. 19-7214 (due December 13), *United States v. McCullough*, No. 19-7244, *United States v. Clarke*, No. 19-7714, and *United States v. Daniel*, No. 19-7722.

4.     In addition to her own work, Ms. Pratt will be assisting colleagues with briefing in three cases in the next two weeks: *United States v. Knox*, No. 18-6909 (reply brief due December 20); *United States v. Segura-Virgen*, No. 19-4659 (opening brief and appendix due on December 23); and *United States v. Torres Zuniga*, No. 19-4663 (opening brief and appendix due December 23, 2019.  As well, Ms. Pratt will be out of the office from December 21 through December 29 for the Christmas holiday.

5.     In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed Assistant U.S. Attorney Olivia L. Norman (and also Assistant U.S. Attorney Richard D. Cooke) of the intended filing of this motion.  The government has no objection to the requested extension.

For the foregoing reasons, counsel requests a second extension of three weeks, from December 16, 2019, to January 6, 2020, in which to file appellant's informal preliminary brief.

Respectfully submitted,


GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

    s/   Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated December 13, 2019

## CERTIFICATE OF COMPLIANCE

1.    This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2.    The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 559 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

<table>
<tr><td>　　December 13, 2019　　</td><td>　　s/　Frances H. Pratt　　　　</td></tr>
<tr><td align="center">Date</td><td>Frances H. Pratt<br>Assistant Federal Public Defender</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

Olivia L. Norman, Ass't U.S. Attorney
Office of the U.S. Attorney for the
 Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, VA 23219
Olivia.Emerson@usdoj.gov

<table>
<tr><td>　　s/　Frances H. Pratt　　　　</td></tr>
<tr><td>Frances H. Pratt<br>Assistant Federal Public Defender</td></tr>
</table>