IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff/Appellee*, | ) | |
| | ) | |
| v. | ) | Case No. 19-7616 |
| | ) | |
| JUSTIN EUGENE TAYLOR, | ) | |
| *Defendant/Appellant.* | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE INFORMAL PRELIMINARY BRIEF

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a third extension of time, for two days, in which to file appellant's informal preliminary brief. Counsel, Assistant Federal Public Defender Frances H. Pratt, recognizes that in granting her second request, the Court stated that no further extensions would be granted absent extraordinary circumstances.

1. Appellant's informal preliminary brief is currently scheduled to be filed on January 6, 2020, following the grant of counsel's previous request for an extension. *See* Doc. 9 (order filed Dec. 13, 2019).

2. Late last week, when working on the reply brief that she filed on the evening of Friday, January 3 (*United States v. Rivas*, No. 17-4588), Ms. Pratt came down with a cold. She had planned to draft the brief in this case, along with a second brief also due today (*United States v. Kargbo*, No. 19-7610), over the weekend, but

her cold became progressively worse between last Friday and this morning. Consequently, although she should be able to file the *Kargbo* brief today, the brief in Mr. Taylor's case is more complex than that in *Kargbo* and will take more time to prepare effectively.  Ms. Pratt therefore requests two additional days in which to file the brief.

3.     In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed Assistant U.S. Attorney Olivia L. Norman of the intended filing of this motion.  The government has no objection to the requested extension.

For the foregoing reasons, counsel requests a third extension, for two days, from January 6 to January 8, 2020, in which to file appellant's informal preliminary brief.

Respectfully submitted,


GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

   s/  Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated January 6, 2020

<u>CERTIFICATE OF COMPLIANCE</u>

1.      This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2.      The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 278 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

<u>     January 6, 2020     </u>                    <u>     s/   Frances H. Pratt          </u>
                Date                                         Frances H. Pratt
                                                             Assistant Federal Public Defender

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on January 6, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

        Olivia L. Norman, Ass't U.S. Attorney
        Office of the U.S. Attorney for the
         Eastern District of Virginia
        919 East Main Street, Suite 1900
        Richmond, VA 23219
        Olivia.Emerson@usdoj.gov

                                                     <u>     s/   Frances H. Pratt          </u>
                                                     Frances H. Pratt
                                                     Assistant Federal Public Defender