UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-7616
(3:08-cr-00326-MHL-RCY-1; 3:16-cv-00508-MHL)

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook,

        Defendant - Appellant.

O R D E R

Justin Eugene Taylor seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2018) motion. We grant a certificate of appealability on the following issues: (1) whether an 18 U.S.C. § 924(c) (2018) conviction is subject to vacatur where the indictment charged multiple predicates, one of which is invalid; and (2) whether attempted Hobbs Act robbery, 18 U.S.C. § 1951(a) (2018), categorically qualifies as a predicate crime of violence for purposes of § 924(c). The Clerk's Office will set a formal briefing schedule by separate order.

                For the Court

                /s/ Patricia S. Connor, Clerk