UNITED STATES OF AMERICA,      )
        *Plaintiff/Appellee*,      )
                    )
     v.              )      Case No. 19-7616
                    )
JUSTIN EUGENE TAYLOR,      )
        *Defendant/Appellant.*     )

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE BRIEF AND APPENDIX

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file appellant's opening brief and the joint appendix. In support thereof, counsel states as follows:

1.     The opening brief and joint appendix are currently scheduled to be filed on March 23, 2020. *See* Doc. 17 (briefing order filed Feb. 12, 2020).

2.     Assistant Federal Public Defender Frances H. Pratt has been handling Mr. Taylor's appeal. Although she has already briefed the case at the informal preliminary briefing stage, the formal merits brief will need updating and revisions, and review by others, before filing.

3.     As the Court is aware, Ms. Pratt is handling both her office's *Johnson* appeals (of which this case is one) and jointly handling her office's First Step Act appeals and district court motions, resulting in an especially heavy workload. Ms.

Pratt's work has unexpectedly included the need to deal with unanticipated and time-consuming issues arising out of the current global pandemic and public health emergency created by the spread of the COVID-19 coronavirus, and the response to it by the Office of the Federal Public Defender. These issues include the challenges of trying to work efficiently via a virtual office. The requested extension will allow Ms. Pratt to commit the necessary time and resources to preparing the formal brief and joint appendix in this case, thus benefitting both here client and the Court.

4. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for the United States of the intended filing of this motion. The government has no objection to the requested extension.

For the foregoing reasons, counsel requests an extension of one week, from March 23 to March 30, 2020, in which to file appellant's opening brief and joint appendix.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

   s/   Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated March 20, 2020

# CERTIFICATE OF COMPLIANCE

1.	This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2.	The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 307 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.


    March 20, 2020                           s/  Frances H. Pratt        
           Date                                Frances H. Pratt
                                        Assistant Federal Public Defender