UNITED STATES OF AMERICA,    )
                   )
        Appellee,    )
                   )    No. 19-7616
                   )
                   )
JUSTIN EUGENE TAYLOR,    )
                   )
       Defendant-Appellant.    )

## Unopposed Motion by the United States
## for a Five-Day Extension

The United States respectfully requests a five-day extension for filing its response brief in the above-captioned case.  The government's response brief is currently due on Wednesday, April 29, 2020, and with the extension would be due on Monday, May 4, 2020.

The United States has not previously sought an extension in this case and due to work on other cases needs a five-day extension.  The defendant does not object to the government's request.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:      /s/
Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471

**Certificate of Compliance**

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

/s/
Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471
richard.cooke@usdoj.gov