UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

Defendant - Appellant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Response brief due: 05/04/2020

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk