IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, )
 )
  Appellee, )
 ) No. 19-7616
 )
 )
JUSTIN EUGENE TAYLOR, )
 )
  Defendant-Appellant. )

**Unopposed Motion by the United States
for Leave to File Response Brief
One Day Out of Time**

The United States respectfully requests leave to file its response brief one day out of time in the above-captioned case. After receiving a five-day extension, the government's response brief was due on Monday, May 4, 2020. Unfortunately, while attempting to complete and file the government's response brief during the evening of May 4, the undersigned encountered problems with computer access while working remotely. Because those problems could not be corrected until the next day, the government's brief could not be filed on May 4. The government is therefore filing its response brief on the next business day, May 5, 2020.

The defendant does not object to the government's request for leave to file its response brief one day out of time.

1

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:        /s/

Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471

## Certificate of Compliance

I certify that this motion does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

/s/

Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471
richard.cooke@usdoj.gov