FILED: May 6, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the unopposed motion for leave to file the response brief one day out of time, the court grants the motion and accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk