UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 06/16/2020.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk