# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

June 12, 2020

_____

## PRE-ARGUMENT REVIEW ORDER

_____

No.   19-7616,          US v. Justin Taylor
                        3:08-cr-00326-MHL-RCY-1, 3:16-cv-00508-MHL

This case is being assigned for pre-argument review by a panel of the court to determine whether argument should be scheduled and to make any appropriate disposition in the case. See Local Rule 34(a). The case may be scheduled for in-person argument on September 9-11, 2020, scheduled for remote argument during September 2020, or submitted for decision on the briefs. If there are dates counsel is unavailable to argue this case in September, please file the attached Notice re: conflict with proposed argument dates within 7 days.

Counsel shall file 4 paper copies of all briefs and appendices within 7 days. (No ECF entry is required for paper copies of previously filed briefs and appendices).

/s/ PATRICIA S. CONNOR, CLERK
By: Joseph L. Coleman, Jr., Calendar Clerk