IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,      )
     *Plaintiff/Appellee,*      )
          )
    v.      )     Case No. 19-7616
          )
JUSTIN EUGENE TAYLOR,      )
     *Defendant/Appellant.*      )

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a second extension of time in which to file appellant's reply brief. In support thereof, counsel states as follows:

1. The United States filed its response brief in this appeal on May 5, 2020. *See* Doc. 26. Accordingly, the reply brief was due on May 26. *See* Doc. 25 (providing that reply brief is due 21 days from service of response brief). Counsel previously requested and was granted a three-week extension of the filing deadline, to June 16. *See* Doc. 30.

2. Assistant Federal Public Defender Frances H. Pratt has been handling Mr. Taylor's appeal. As the Court is aware, counsel is handling both her office's *Johnson* appeals (of which this case is one) and jointly handling her office's First Step Act appeals and district court motions, resulting in an especially heavy workload. Counsel's work has become even more challenging due to the

unanticipated and time-consuming issues arising out of the current global pandemic and national public health emergency created by the spread of the COVID-19 coronavirus.

Since the government filed its brief on May 5, counsel has filed three opening briefs in the Fourth Circuit, as well as several supplemental filings in her district court First Step Act cases and initial motions in two additional district court First Step Act cases; she has also assisted the head of her office with a number of filings in this Court. In addition, counsel learned on May 1 that the Court was scheduling oral argument in her remaining *Johnson* mandatory Guidelines § 2255 appeal for Thursday, May 14, which necessitated moving multiple filing deadlines set for May 15 into the first part of June in order to prepare for argument. Although the argument was unexpectedly continued,[1] it was rescheduled for Wednesday, May 27, and held on that day.

Due to the pandemic, filing deadlines, and oral argument preparation, counsel has worked between 55 and 60 hours, on average, since early May and anticipates continuing to do so at least into July.

3.    In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for the United States of the intended filing of this

---

[1] Late on the evening of May 13, the Court advised counsel that the argument was being continued. *United States v. Rumph*, No. 17-7080, ECF Doc. 66 (order filed May 13, 2020, at approximately 9:50 p.m.).

motion.  The United States does not object to the extension provided that it will not delay the date for oral argument in this case.  *See* Doc. 32 (pre-argument review order filed June 12, 2020, indicating that oral argument may be held in September 2020); *see also* Fed. R. App. P. 31(a)(1) (providing that reply brief must be filed at least seven days before oral argument).

For the foregoing reasons, counsel requests a second extension of three weeks, from June 16 to July 7, 2020, in which to file appellant's reply brief.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

s/   Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated June 15, 2020

<u>CERTIFICATE OF COMPLIANCE</u>

1.      This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2.      The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 500 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

| | |
|---|---|
| <u>     June 15, 2020     </u> | <u>   s/  Frances H. Pratt      </u> |
| Date | Frances H. Pratt |
| | Assistant Federal Public Defender |