IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA, )
      *Plaintiff/Appellee*, )
       )
      v. )      Case No. 19-7616
       )
JUSTIN EUGENE TAYLOR, )
      *Defendant/Appellant.* )

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a third, and final, extension of time, for three weeks, in which to file appellant's reply brief in this appeal. Counsel, Assistant Federal Public Defender Frances H. Pratt, recognizes that in granting her last request, the Court stated that no further extensions would be granted absent a showing of extraordinary circumstances. In support of the present request, counsel submits that the combination of her workload and the serious health issues of an elderly parent warrant an additional extension in this case of three weeks.

      1.      The United States filed its response brief in this appeal on May 5, 2020. *See* Doc. 26. Accordingly, the reply brief was due on May 26. *See* Doc. 25 (providing that reply brief is due 21 days from service of response brief). Counsel previously requested and was granted two three-week extensions of the filing deadline, which is presently July 7. *See* Docs. 30, 34.

2. Counsel has due on July 6 the opening brief in a complicated *Johnson* § 2255 appeal for which she has been granted multiple extensions, and which she must file. Despite counsel's efforts to focus only on that case and this one over the past week, her work on both has been delayed by a number of unexpected phone calls and other communications with clients and/or family members about their cases, as well as by work on other cases that took longer than anticipated.[1]

As well, counsel currently has approximately one dozen appellate briefs and district court filings due in the month of July. She will be seeking extensions in more than half of the cases in order to focus on the remainder, including this case.

Finally, since June 13, counsel's 82-year old mother has been hospitalized due to a serious infection stemming from surgery last fall to repair a bad break in her leg. She underwent unscheduled surgery on June 17, and will remain hospitalized for an unknown amount of time before she will be able to have further surgery. The situation with her mother has also taken counsel away from her work on this and other cases.

3. In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for the United States of the intended filing of this

---

[1] As the Court is aware, counsel is handling both her office's *Johnson* appeals and jointly handling her office's First Step Act appeals (of which this case is one) and district court motions, resulting in an especially heavy workload. In the past week, for example, counsel has logged time on more than 30 different clients' cases.

motion.  The United States does not object to the extension provided that it will not delay the date for oral argument in this case.  *See* Doc. 32 (pre-argument review order filed June 12, 2020, indicating that oral argument may be held in September 2020); *see also* Fed. R. App. P. 31(a)(1) (providing that reply brief must be filed at least seven days before oral argument).

For the foregoing reasons, counsel requests a third, and final, extension of three weeks, from July 7 to July 28, 2020, in which to file appellant's reply brief.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

    s/   Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated July 2, 2020

## CERTIFICATE OF COMPLIANCE

1.      This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2.      The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 541 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.

|  | |
|---|---|
| July 2, 2020 | s/   Frances H. Pratt |
| Date | Frances H. Pratt |
| | Assistant Federal Public Defender |