# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 31, 2020

_____

DOCKET CORRECTION NOTICE
_____

No.    19-7616,        <u>US v. Justin Taylor</u>
                       3:08-cr-00326-MHL-RCY-1, 3:16-cv-00508-MHL

TO:    Justin Eugene Taylor

BRIEF CORRECTION DUE:  August 5, 2020

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief. Arrangements may be made with the clerk for return of paper copies for correction.

[ X] The table of authorities does not include page numbers.

Jeffrey S. Neal, Deputy Clerk
804-916-2729