IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,      )
      *Plaintiff/Appellee*,      )
      )
v.      )      Case No. 19-7616
      )
JUSTIN EUGENE TAYLOR,      )
      *Defendant/Appellant.*      )

## UNOPPOSED MOTION FOR LEAVE
## TO FILE AMENDED REPLY BRIEF

COMES NOW counsel for the appellant, Justin Eugene Taylor, and moves this Court for leave to file an amended reply brief. In support thereof, counsel states as follows:

1.      Counsel filed the reply brief in this case late in the evening on July 28. In her hurry to file, counsel failed to insert pages numbers in the table of authorities. The Court issued a docket correction notice on July 31.

2.      It was also brought to counsel's attention after filing that the brief contained a misstatement of law, on page 8 at the end of the paragraph carrying over from page 7. Counsel has removed the misstatement, which then necessitated removal of language from the first part of the opening sentence in the following paragraph on page 8. As well, counsel has corrected several small typographical errors.

3.    In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed counsel for the United States of the intended filing of this motion.  The government has no objection to the filing of an amended brief.

For the foregoing reasons, counsel requests leave to file an amended reply brief.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

    s/   Frances H. Pratt
Frances H. Pratt
Assistant Federal Public Defender
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org

Dated August 3, 2020

<u>CERTIFICATE OF COMPLIANCE</u>

1.   This Motion has been prepared using WordPerfect X6 software, Times New Roman font, 14-point proportional type size.

2.   The body of this motion, exclusive of the case caption, title, and signature block, contains no more than 5,200 words, specifically 187 words.

I understand that a material misrepresentation can result in the Court's striking the brief and imposing sanctions.  If the Court so requests, I will provide an electronic version of the brief and/or a copy of the word or line print-out.


     August 3, 2020                   s/   Frances H. Pratt        
           Date                     Frances H. Pratt
                                 Assistant Federal Public Defender