FILED:  August 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion for leave to file a

corrected reply brief, the court grants the motion and accepts the brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk