FILED: August 18, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

      Defendant - Appellant

_____

O R D E R

_____

The court has directed the clerk to schedule this case for oral argument via telephone conference on September 10, 2020. Oral argument in this case will start at 10:10 am.

Counsel are directed to provide the court with the following information by **Response** to this order filed on or before August 20, 2020:

- Confirm the availability of counsel to argue this case on the date scheduled.

- Identify the attorney or attorneys who will present oral argument. If more than one attorney, identify the order of argument.

- Identify how much time each attorney will argue and, for appellants and cross-appellants, how much time each attorney will reserve for rebuttal (20 minutes of argument time are generally allotted to each side—appellants and cross-appellants may reserve up to one-third of their time for rebuttal).

- Provide the telephone number at which arguing counsel can be reached to join the teleconference on the date of argument. A landline (or wired VOIP line) is preferred for sound quality and reliability.

For the Court

/s/ Patricia S. Connor, Clerk