UNITED STATES OF AMERICA,      )
        *Plaintiff/Appellee*,     )
                    )
    v.                  )     Case No. 19-7616
                    )
JUSTIN EUGENE TAYLOR,      )
        *Defendant/Appellant.*   )

## DEFENDANT'S RESPONSE TO THE COURT'S ORDER REGARDING TELEPHONIC ORAL ARGUMENT

COMES NOW counsel for the appellant, Justin Eugene Taylor, and responds as follows to the Court's order concerning the scheduling of oral argument by telephone conference on September 10, 2020. *See* Doc. 48 (order filed Aug. 18, 2020).

1.     Assistant Federal Public Defender Frances H. Pratt will present oral argument on behalf of Mr. Taylor, and is available for argument on September 10, 2020, at 10:10 a.m.

2.     Counsel would like to use 15 minutes for her opening argument and reserve 5 minutes for rebuttal.

3.     Counsel can be reached at (703) 600-0815 on the day of argument.

Respectfully submitted,

GEREMY C. KAMENS
Federal Public Defender
for the Eastern District of Virginia

s/ Frances H. Pratt

Frances H. Pratt
Laura J. Koenig
Assistant Federal Public Defenders
Counsel for Appellant
1650 King Street, Suite 500
Alexandria, VA 22314
(703) 600-0800
Fran_Pratt@fd.org
Laura_Koenig@fd.org

Dated August 20, 2020