UNITED STATES OF AMERICA,                     )
                                              )
                    Appellee,                 )
                                              )        No. 19-7616
                                              )
                                              )
JUSTIN EUGENE TAYLOR,                         )
                                              )
            Defendant-Appellant.              )

**United States' Response to the Court's Order
Regarding Telephonic Oral Argument**

This Court scheduled oral argument by telephone conference call in the

above-captioned case for September 10, 2020, beginning at 10:10 am.  In an order

on August 18, 2020, this Court requested the following information:  Richard D.

Cooke will present oral argument for the United States, and the United States

requests 20 minutes of argument time in response.  Counsel can be reached at

(804) 819-5471 on the day of the oral argument.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:  _____/s/_____

Richard D. Cooke
Assistant United States Attorney

U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471

**Certificate of Compliance**

I certify that this response does not exceed 5,200 words and complies with the requirements of Fed. R. App. P. 27.

/s/
Richard D. Cooke
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
SunTrust Building
Richmond, Virginia 23219
(804) 819-5471
richard.cooke@usdoj.gov