**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov
August 26, 2020

_____

ORAL ARGUMENT NOTIFICATION
(TELECONFERENCE)

_____

No.    19-7616,         US v. Justin Taylor
                        3:08-cr-00326-MHL-RCY-1, 3:16-cv-00508-MHL

This case has been calendared for oral argument by teleconference as follows:

Argument Date:   09/10/2020

Argument Starting Time:   Approximately 10:10 a.m.

Check-in Time:  The clerk's office will call you after the prior argument concludes.

An audio live stream of the oral argument will be available here:
https://www.ca4.uscourts.gov/oral-argument/remote-oral-arguments

The identity of the panel hearing a case is not disclosed until the morning of argument.

Joseph L. Coleman, Jr., Calendar Clerk