UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)

———————————

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

   Defendant - Appellant

———————————

J U D G M E N T

———————————

   In accordance with the decision of this court, the judgment of the district

court is vacated. This case is remanded to the district court for further proceedings

consistent with the court's decision.

   This judgment shall take effect upon issuance of this court's mandate in

accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK