FILED: November 4, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 19-7616**

---

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook,

        Defendant - Appellant.

---

O R D E R

---

The Court amends its October 14, 2020, opinion as follows:

In the second sentence on page 10, the word "though" is changed to "through."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk