FILED: December 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7616
(3:08-cr-00326-MHL-RCY-1)
(3:16-cv-00508-MHL)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JUSTIN EUGENE TAYLOR, a/k/a Mookie, a/k/a Mook

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the government's unopposed motion for an extension of time to file a petition for rehearing en banc, the court denies the motion as moot.

For the Court

/s/ Patricia S. Connor, Clerk