**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 16, 2021

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: United States
v. Justin Eugene Taylor
No. 20-1459
(Your No. 19-7616)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 14, 2020 and placed on the docket April 16, 2021 as No. 20-1459.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk