# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 2, 2021

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

        Re:   United States
              v. Justin Eugene Taylor
              No. 20-1459
              (Your No. 19-7616)

Dear Clerk:

        The Court today entered the following order in the above-entitled case:

        The motion of respondent for leave to proceed *in forma pauperis* is
granted.   The petition for a writ of certiorari is granted.

                          Sincerely,

                          *[signature: Scott S. Harris]*

                          **Scott S. Harris**, Clerk