# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

      Re:  **United States
           v. Justin Eugene Taylor
           No. 20-1459 (Your docket No. 19-7616)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                            Sincerely,

                            SCOTT S. HARRIS, Clerk

                            By

                            Michael Altner
                            Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2022

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Ms. Frances Hemsley Pratt, Esq.
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314

    Re:  **United States**
          **v. Justin Eugene Taylor**
          **No. 20-1459**

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          Michael Altner
          Judgments/Mandates Clerk

cc: Clerk, USCA 4th Cir.
      (Your docket No. 19-7616)

# Supreme Court of the United States

No. 20-1459

**UNITED STATES,**

Petitioner

v.

**JUSTIN EUGENE TAYLOR**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 21, 2022

