**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

September 27, 2021

Mr. Scott S. Harris
Clerk of Court
Supreme Court of the United States
Washington, DC 20543-0001

**Supreme Court Docket No. 20-1459**

No.   19-7616,          US v. Justin Taylor
                        3:08-cr-00326-MHL-RCY-1, 3:16-cv-00508-MHL

Dear Mr. Harris:

In response to your record request, this is to certify that the Fourth Circuit docket and documents available on the court's PACER website (www.pacer.gov) constitute the Fourth Circuit record. There are no sealed materials, paper filings, or exhibits for separate transmission to your office in this case.

We have also transmitted your request to the district court and requested that the district court transmit its record to your office forthwith.

Please contact this office if you have any questions.

Sincerely,

/s/ Emma Breeden
Deputy Clerk